FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PHILLIPS, individually, | Case No.: 2:14-cv-00468-JCM-CWH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME BY WHICH PLAINTIFF MAY FILE TAXATION AND/OR OBJECTIONS TO DEFENDANT'S BILL OF COSTS |
| TARGET CORPORATION f/n/a DAYTON HUDSON CORPORATION d/b/a TARGET STORE T826; JOHN DOE and/or JANE DOE; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

///

///

///

Page 1 of 3

1  IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff GEORGE
2  PHILLIPS and Defendant TARGET CORPORATION f/n/a DAYTON HUDSON
3  CORPORATION d/b/a TARGET STORE T826, by and through their respective attorneys of
4  record, that the time by which Plaintiff has to file his Taxation and/or Objections to Defendant's
5  Bill of Costs be extended by two weeks, thereby extending the current deadline of September 1,
6  
7  2015 to September 15, 2015.  Good cause exists to grant the extension as the parties are
8  currently working together to try to resolve this matter.
9  
10 DATED this ___ day of August, 2015.        DATED this ___ day of August, 2015.

NAQVI INJURY LAW                              WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

_____                     _____
FARHAN R. NAQVI                               KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 8589                           Nevada Bar No. 4242
ELIZABETH E. COLEMAN                          DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 12350                          Nevada Bar No. 4736
9500 W. Flamingo Rd, Suite 104                300 S. Fourth Street, 11th Floor
Las Vegas, NV  89147                          Las Vegas, NV  89101
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

///

///

///

## ORDER

IT IS SO ORDERED September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

NAQVI INJURY LAW

FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*