Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant TARGET CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PHILLIPS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION f/n/a DAYTON HUDSON CORPORATION d/b/a TARGET STORE T826; JOHN DOE and/or JANE DOE; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO.: 2:14-cv-00468-JCM-CHM |

## STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiff GEORGE PHILLIPS ("Plaintiff"), by and through his counsel of record FARHAN R. NAQVI, ESQ., of NAQVI INJURY LAW, and Defendant TARGET CORPORATION ("Defendant"), by and through its counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the following:

1. Defendant hereby withdraws its Bill of Costs [Doc. #34] and Notice of Corrected Image/Document re: 34 Bill of Costs by Defendant Target Corporation [Doc. #35] and will not otherwise pursue costs against Plaintiff.

2. In consideration of Defendant's agreement not to pursue costs against Plaintiff as set forth herein, Plaintiff agrees to waive any rights to appeal the Order [Doc. #32] granting

1. Defendant's Motion for Summary Judgment [Doc. #29] or the associated Judgment in a Civil Case [Doc. #33].

3. Plaintiff hereby withdraws Plaintiff's Motion to Extend Time to File Notice of Appeal Pursuant to F.R.A.P. 4(a)(5) [Doc. #37] as moot.

4. This action shall be dismissed in its entirety, with prejudice, each party to bear their own fees and costs.

DATED this ___ day of September, 2015.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant
TARGET CORPORATION

DATED this 10th day of September, 2015.

**NAQVI INJURY LAWYERS**

BY: /s/ Elizabeth Coleman
Farhan R. Naqvi, Esq.
Nevada Bar No. 008589
Elizabeth E. Coleman, Esq.
Nevada Bar No. 012350
9500 W. Flamingo Road, Suite 104
Las Vegas, NV 89147
Attorney for Plaintiff GEORGE PHILLIPS

## ORDER

IT IS SO ORDERED.

DATED September 15, 2015.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*